GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YVETTE JOHNSON, <br><br> Defendant. | No. 12-00220 YGR <br> **ORDER APPROVING** <br> STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE HEARING DATE TO NOVEMBER 1, 2012 ~~AND [PROPOSED] ORDER~~ <br><br> Hearing Date: September 20, 2012 <br> Time:              2:00 p.m. |

The above-captioned matter is set on September 20, 2012 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition alleging that Yvette Johnson was terminated from a court-ordered inpatient drug program. The parties jointly request that the Court continue this supervised release matter to the Court's November 1, 2012 calendar for possible resolution of this matter.

Ms. Johnson was sentenced in the Western District of Washington to 16 months in custody for bank fraud and identity theft. She was released from custody on July 1, 2011, and jurisdiction was transferred to this judicial district on March 27, 2012. On June 12, 2012, the Court modified Ms. Johnson's supervised release to include participation in a six month residential substance abuse program. On August 22, 2012, the Court issued a summons for Ms.

1  Johnson to answer charges in a Form 12 Petition alleging that she was terminated from Center
2  Point, a residential drug abuse treatment program for women in San Rafael, California.
3  According to the Petition, Ms. Johnson was terminated for not complying with the rules of that
4  facility.  Ms. Johnson appeared pursuant to the summons and the magistrate court set this case on
5  the Court's September 20, 2012 calendar.

6      It is respectfully requested that the Court set this matter over six additional weeks, until
7  November 1, 2012, to give Ms. Johnson additional time to participate in a different inpatient
8  drug treatment program.  The Probation Office has arranged for Ms. Johnson to enter a facility
9  called Turning Point in Santa Rosa, California, and the parties hope that this program will be a
10 better fit for Ms. Johnson.  This continuance will also give the Probation Office and the parties
11 sufficient time to negotiate any disposition that may be presented to the Court, and will also give
12 the Probation Office additional time to submit an amended Form 12 Petition.  Finally, the
13 probation officer assigned to this case, Cristopher Taylor, is in agreement with this continuance
14 and he is available to appear on November 1, 2012.

15     Because this case involves an allegation that Ms. Johnson violated the terms of her
16 supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
17 apply.

18 DATED: September 18, 2012      /S/
    WILLIAM GULLOTTA
19     Assistant United States Attorney

20
DATED: September 18, 2012      /S/
21     ANGELA M. HANSEN
    Assistant Federal Public Defender

Stip. Req. To Continue Supervised Release Hearing,
No. CR-12-00220 YGR                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that defendant violated the terms of her supervised release;

2. Given that the parties would like additional time for defendant to participate in an inpatient drug treatment program and that the parties need time to negotiate a resolution of this matter;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the September 20, 2012 supervised release violation hearing date is vacated and reset to November 1, 2012, at 2:00 p.m.

DATED: September 19, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge